RECEIVED

JAN 2 9 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANDREW SCHMIDT | CIVIL ACTION NO. 6:15-2526 |
| VERSUS | JUDGE DOHERTY |
| CAL-DIVE INTERNATIONAL, INC., ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the foregoing "Unopposed Motion to Consolidate Cases" [Doc. 6],

IT IS ORDERED that the following matters are hereby CONSOLIDATED for all matters except trial; consolidation for trial to be determined on or before the pretrial conference:

a) *Schmidt v. Cal Dive International, Inc., et al*, Docket No. 6:15-cv-02526, USDC Western District of La., Lafayette Division;

b) *Edwards, et al v. Cal Dive International, Inc., et al*, Docket No. 6:15-cv-02527, USDC Western District of La., Lafayette Division.

c) *Walker v. Cal Dive International, Inc., et al*, Docket No. 6:15-cv-02528, USDC Western District of La., Lafayette Division;

d) *Schmidt v. Cal Dive International, Inc., et al*, Docket No. 6:16-cv-00028, USDC Western District of La., Lafayette Division;

e) *Walker v. Cal Dive International, Inc., et al*, Docket No. 6:16-cv-00032, USDC Western District of La., Lafayette Division;

IT IS FURTHER ORDERED that the Clerk of Court amend its records to reflect the consolidation of these matters for discovery and pretrial purposes only, designating the matter of *Schmidt v. Cal Dive International, Inc., et al.*, Docket No. 6:15-cv-02526 as the lead case.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 29 day of January, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE